**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-00806 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 18] |
| JAMERSON STANLEY BRIGHT, | |
| Defendant. | |

On January 6, 2009, Magistrate Judge Brazil granted pre-trial release for defendant. At the government's request, Judge Brazil stayed his order until 5:00 p.m., January 6, 2009, to allow the government to file an appeal with Judge Saundra Brown Armstrong. The government failed to do so. On January 6, 2008, the government filed a Request to Stay Release Order with this Court, requesting this Court to further stay Judge Brazil's pre-trial release order until the government may be heard on this matter. Defendant remains in custody. The Court GRANTS the government's request and sets the following briefing schedule. The government shall file and serve its moving papers by 5:00 p.m. on Friday, January 9, 2009. Defendant shall file and serve any opposition by 5:00 p.m. on Monday, January 12, 2008. Unless the Court notifies the parties otherwise, the Court shall take the matter under submission on the pleadings.

IT IS SO ORDERED.

January 9, 2009              <u>CLAUDIA WILKEN FOR</u>
                             SAUNDRA B. ARMSTRONG
                             United States District Judge