1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-08-806 SBA
                                    )
14           Plaintiff,             )   STIPULATION AND ORDER TO
                                    )   CONTINUE STATUS CONFERENCE
15      v.                          )   AND EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
16 JAMERSON STANLEY BRIGHT,         )
                                    )
17           Defendant.             )
                                    )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Ted Cassman, that the status

21 hearing presently set for April 28, 2009, be continued to May 19, 2009 at 9:00 a.m.  The request

22 for a continuance is due to the government's need to conduct additional investigation related to

23 events that have transpired within the past several weeks.  The government has explained to

24 defense counsel the circumstances giving rise to this request for a continuance, and the parties

25 agree that the delay is not attributable to lack of diligent preparation on the part of the attorney

26 for the government.  For these reasons, the parties request that time under the Speedy Trial Act

27 be excluded based on the government's need for reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence.  The parties agree that the waiver

covers all time between April 22, 2009 and May 19, 2009.

IT IS SO STIPULATED:

Dated: April 22, 2009

              /S/
TED W. CASSMAN
*Attorney for Jamerson S. Bright*

Dated: April 22, 2009

              /S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 28, 2009 is hereby rescheduled for May 19, 2009 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April 22, 2009 and May 19, 2009 would unreasonably deny the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 22, 2009 and May 19, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between April 22, 2009 and May 19, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 24, 2009

              *Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge