TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
JAMERSON BRIGHT

**FILED**

JUN 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMERSON STANLEY BRIGHT,

    Defendant.
_____/

NO. CR 08-0806-SBA

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Ted W. Cassman, that the conditions of Defendant Bright's release shall be modified. Specifically, the defendant may travel outside the boundaries of Alameda County, subject to the conditions below, but shall remain - at all times - within the boundaries of the Northern District of California. The defendant shall obtain approval from his Pretrial Services Officer prior to any travel outside the boundaries of Alameda County. Said approval is entirely within the discretion of the defendant's Pretrial Services Officer.

///

///

1

Dated: Jun 11, 2009

/s/
Ted W. Cassman, for
defendant Jamerson Bright

Dated: June 11, 2009

/s/
Joshua Hill,
Assistant United States Attorney

**ORDER**

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the conditions of Defendant Bright's release shall be modified as set forth above.

Dated: June 11, 2009

WAYNE D. BRAZIL
United States Magistrate Judge