TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
JAMERSON STANLEY BRIGHT

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                    NO.  CR 08-0806

                             Plaintiff,      ORDER EXONERATING
                                             BOND AND FOR OF RECONVEY-
vs.                                          ANCE DEEDS OF TRUST

JAMERSON STANLEY BRIGHT,

                             Defendant. /
_____

        Good cause appearing therefor (defendant having surrendered to the U.s.

Marshall), it is hereby ORDERED that defendant's bond is exonerated.  It is further

ORDERED that the Clerk shall forthwith execute all necessary documentation for

reconveyance of the deeds of trust for the properties securing the bond, specifically

including the properties located at 2529 76th Avenue, Oakland, California and at  8436

Aster Avenue, Oakland, California.

Dated: October 16, 2009


                                         _____
                                         Sandra B. Armstrong, Judge
                                         United States District Court