UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>               Plaintiff,                   )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>JAMERSON STANLEY BRIGHT, )<br>                                                       )<br>               Defendant.               )<br>_____) | Case No.  CR 08-00806 SBA<br><br>PRELIMINARY ORDER OF FORFEITURE |

Having considered the application for a preliminary order of forfeiture filed by the United States, the plea agreement entered on October 7, 2009, wherein the defendant admitted to the forfeiture allegation, and the Judgment entered on October 8, 2009, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

$54,476 in U.S. Currency

IT IS FURTHER ORDERED that the government shall return the difference $32.47(plus any accrued interest) between the actual amount seized and the forfeited amount to the defendant in a check made payable to the defendant and his attorney, Ted W. Cassman, Esq., Arguedas, Cassman & Headley, LLP, 803 Hearst Avenue, Berkeley, CA 94710.

IT IS FURTHER ORDERED that  the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

`

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith.

IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).

4      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture in the form of a money judgment in the amount of $54,476, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A).

IT IS SO ORDERED this 22 day of December 2009.

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge