UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00806 SBA |
| Plaintiff, | [XXXXXXX] FINAL ORDER OF FORFEITURE |
| v. | |
| JAMERSON STANLEY BRIGHT, | |
| Defendant. | |

On December 22, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in $54,476 in U.S. Currency pursuant to Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that the government shall return the difference $32.47(plus any accrued interest) between the actual amount seized and the forfeited amount to the defendant

///

1 | in a check made payable to the defendant and his attorney, Ted W. Cassman, Esq., Arguedas,
2 | Cassman & Headley, LLP, 803 Hearst Avenue, Berkeley, CA 94710.
3
4 | Dated: 4/6/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] FINAL
ORDER OF FORFEITURE
CR 08-0806 SBA

2